# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

DUSHAUN HENDERSON-SPRUCE,

Defendant(s).

Case No. 18 CR 249
Judge Charles Norgle

## ORDER

Change of plea hearing held. The defendant withdraws his plea of not guilty and enters a plea of guilty as to Count Two of the indictment. The defendant is informed of his rights. On the plea of guilty, there is a finding of guilty. The case is referred to the probation department for an expedited presentence investigation. Sentencing is set for March 22, 2019 at 10:00 a.m.

Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

Time (00:40)

Date: 2/5/2019

_____
JUDGE CHARLES R. NORGLE